# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. KIMBERLY REYES, Defendant. | Case No. 18-cr-01269-BAS<br><br>**JUDGMENT AND ORDER GRANTING MOTION TO DISMISS INFORMATION**<br><br>**[ECF No. 27]** |

Presently before the Court is the Government's motion to dismiss without prejudice the Information. (ECF No. 27.) The Government explains that it has determined dismissal is appropriate based on "the evidence gathered thus far as to defendant's knowledge (or lack thereof) of the drugs" she is charged with unlawfully importing. (*Id.*) Accordingly, the Court **GRANTS** the Government's motion and **DISMISSES** without prejudice the Information.

**IT IS SO ORDERED.**

DATED: September 19, 2018

Hon. Cynthia Bashant
United States District Judge